# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY, | CASE NO. 05cv2003 BTM(CAB) |
| Plaintiff, | **ORDER DENYING REQUEST TO REOPEN** |
| vs. | |
| E. DUESLER, ET AL., | |
| Defendants. | |

In an order filed on November 28, 2006, the Court granted Defendants' motion for partial judgment on the pleadings and motion for partial summary judgment. Final judgment was entered on November 30, 2006.

On July 24, 2007, the Court received Plaintiff's "Request to Reopen." The Court construes the request as a motion under Fed. R. Civ. P. 60(b).

Plaintiff claims that defendant William Kolender kidnaped Plaintiff and detained him for a period of six months. According to Plaintiff, due to the kidnaping, he could not respond to the Court's summary judgment.

However, the record reflects that Plaintiff filed a response to Defendants' motions for summary judgment and judgment on the pleadings on September 20, 2006. The Court read and considered Plaintiff's opposition papers before ruling on Defendants' motions. To the extent that Plaintiff claims that he was prevented from filing a motion for reconsideration of the Court's order, Plaintiff does not identify any grounds for amending or setting aside the

judgment.

Therefore, Plaintiff's request to reopen the case is **DENIED**.

**IT IS SO ORDERED.**

DATED: July 30, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge